AO 243 (Rev. 01/15)                                                                                                            Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Northern District of California |
|---|---|---|

| Name *(under which you were convicted)*: Charles Heard | Docket or Case No.: 13CR00764-WHO |
|---|---|

| Place of Confinement: USP Beaumont, P.O. Box 26030, Beaumont, TX 77720 | Prisoner No.: 19454-111 |
|---|---|

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| V. | CHARLES HEARD |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    Northern District of California, Judge William H. Orrick, San Francisco, California

    (b) Criminal docket or case number (if you know):   13CR00764-WHO

2.  (a) Date of the judgment of conviction (if you know):   6/11/2018

    (b) Date of sentencing:   6/8/2018

3.  Length of sentence:   Life imprisonment

4.  Nature of crime (all counts):

    RICO conspiracy, 18 U.S.C. 1962(d) (Count 1); VICAR murder, 18 U.S.C. 1959 (Counts 6 and 7); Use of a firearm in VICAR murder, 18 U.S.C. 924(j) (Count 8).

5.  (a) What was your plea?  (Check one)

    (1) Not guilty [✓]          (2) Guilty [ ]          (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have?  (Check one)          Jury [✓]          Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes [ ]          No [✓]

8.  Did you appeal from the judgment of conviction?          Yes [✓]          No [ ]

AO 243 (Rev. 01/15)                                                                                                              Page 3

9.  If you did appeal, answer the following:

    (a) Name of court:  U.S. Court of Appeals for the Ninth Circuit

    (b) Docket or case number (if you know):  18-10218

    (c) Result:  Affirmed, rehearing denied October 18, 2022

    (d) Date of result (if you know):  7/11/2022

    (e) Citation to the case (if you know):  2022 WL 2662882 (9th Cir. July 11, 2022)

    (f) Grounds raised:

    1. Was due process violated based on the government's presentation of false evidence by two witnesses, and
the failure to conduct any investigation into the false testimony.
    2.  Did the district court abuse its discretion in excluding, pursuant to Fed. R. Evid. 403, the testimony of an
expert witness on eyewitness identification
    3.  Was it error to exclude the proffered testimony of an incarcerated witness as cumulative, when in fact it
impeached the government's star witness in a manner different from that provided by other witnesses.
    4.  Did cumulative error mandate vacatur.
    5.  Supplemental brief:  Whether implied malice murder under California law constitutes a crime of violence.

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes [✓]     No [ ]

        If "Yes," answer the following:

        (1) Docket or case number (if you know):  22-6569

        (2) Result:  Denied

        (3) Date of result (if you know):  2/21/2023

        (4) Citation to the case (if you know):  143 S. Ct. 840 (2023)

        (5) Grounds raised:

        1.  Does a VICAR murder conviction, which is in turn based upon a second-degree murder under California
law, constitute a categorical crime of violence for purposes of a related conviction under 18 U.S.C. 924(j).

        2.  Did the United States Court of Appeals for the Ninth Circuit act capriciously in refusing to consider the
merits of the question set forth above, and instead rule that the question presented was not fairly presented
in the parties' briefing.

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
concerning this judgment of conviction in any court?
    Yes [ ]     No [✓]

11.  If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4)  Nature of the proceeding:

        (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:      Yes ☐      No ☐

    (2)  Second petition:      Yes ☐      No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  The court incorrectly instructed the jury on the motive element of VICAR. the government misstated the law on the motive element, and Mr. Heard received related ineffective assistance of counsel.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The jury instructions erroneously included and described a pecuniary-value theory of VICAR motive, the instructions also otherwise erroneously described the motive element, the government repeatedly misstated the law on the motive element during summations, and defense counsel engaged in ineffective assistance of counsel by failing to challenge these errors properly.  These errors were prejudicial and there is a substantial chance that the jury returned guilty verdicts based on an invalid theory given the weak evidence presented by the government on the motive element.  See memorandum for further details.

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Prior counsel engaged in ineffective assistance of counsel.  See memorandum for further details.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**   The jury instructions on accessorial liability were erroneous, the government misstated the law on such liability in summations, and Mr. Heard received related ineffective assistance of counsel.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The government theory as to VICAR murder on Counts 6-8 was that a codefendant shot the victims, and therefore Mr. Heard was liable under aiding and abetting or Pinkerton liability.  The jury instuctions on aiding and abetting liability were defective as they did not explain that, at the very least, Mr. Heard had to know about the shooter's VICAR motive, and the government simililarly gave an erroneous description of aiding and abetting liability during summations.  Furthermore, Pinkerton liability is inapplicable under California law, and the murder charge underlying the VICAR offense was based on California law; similarly, Pinkerton liability does not apply to VICAR murder.  The government also misstated the law on Pinkerton liability during summations.  Defense counsel performed deficiently and engaged in ineffective assistance in failing to challenge these errors properly.  These errors were prejudicial and there is a substantial chance that the jury returned guilty verdicts based on an invalid theory given the weak evidence presented by the government on the motive element of the VICAR offense.  See memorandum for details.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

Prior counsel engaged in ineffective assistance of counsel.  See memorandum for further details.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:

_____

**GROUND THREE:**   The Court erroneously admitted inadmissible hearsay going to the VICAR motive element, and Mr.
Heard received ineffective assistance of counsel related to this error.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The Court erroneously admitted a hearsay statement made by an unidentified individual purportedly indicating
that another gang had placed a bounty for the murder of one of the victims.  The evidence was admitted for the
truth of the matter asserted, as the Court did not give any limiting instruction, and the government argued the
evidence for the truth in summations.  Mr. Heard also received ineffective assistance of counsel related to this
error.  These errors were prejudicial given the weak evidence presented by the government on the motive
element of the VICAR offense.  See supporting memorandum for further details.

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:

    Prior counsel engaged in ineffective assistance of counsel.  See memorandum for further details.

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**  The government violated Brady by failing to disclose exculpatory evidence in a timely manner that would have supported exclusion of an unreliable identification of Mr. Heard as the Barrett shooter.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

The government had information years before trial from its own expert and other officers who watched the video of the Richard Barrett shooting that Mr. Heard was likely not the person who shot Barrett.  The government did not disclose this exculpatory information before trial, which would have supported a motion to exclude the unreliable identification of witness Francis Darnell, who claimed that she saw Mr. Heard shoot Barrett.  Darnell's unreliable identification was highly prejudicial, and therefore a new trial is required for all counts due to the Brady violation. Indeed, a state court has vacated Mr. Heard's state-court murder conviction for the Barrett murder due to the Brady violation.   See memorandum for further details.

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

The Brady information was only disclosed after the district court proceedings concluded and therefore was outside the record.  Alternatively, Mr. Heard received ineffective assistance of counsel.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All of the grounds that have not been adequately presented earlier are excused based on ineffective assistance of trial and appellate counsel.  See memorandum for details.

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a)  At the preliminary hearing:

_____

(b)  At the arraignment and plea:

David Anderson, 385 Grand Avenue, Suite 300, Oakland, CA 94610

(c)  At the trial:

Mark Vermeulen, 755 Florida Street #4, San Francisco, CA 94110

(d)  At sentencing:

Mark Vermeulen, 755 Florida Street #4, San Francisco, CA 94110

(e)  On appeal:

 Karen Landau, P.O. Box 6935, Moraga, CA 94570

(f)  In any post-conviction proceeding:

 This proceeding, Benjamin L. Coleman, 1350 Columbia Street, Suite 600, San Diego, CA 92101

(g)  On appeal from any ruling against you in a post-conviction proceeding:

_____

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☑          No ☐

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

Vacate all counts of conviction and the sentence, alternatively vacate Counts 6-8 and conduct a resentencing, hold an evidentiary hearing,

or any other relief to which movant may be entitled.

s/Benjamin L. Coleman
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.

(month, date, year)

Executed (signed) on _____ 2/19/2024 _____ (date)

s/Benjamin L. Coleman
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Counsel is signing for movant under Rule 2(b)(5) of the Rules for Section 2255 Proceedings.